decision of the court on trial at Special Term. The action was upon contract by the terms of which it was alleged plaintiff released certain claims he had against the owners of a certain building in course of construction by defendant, appellant, and surrendered a mortgage upon said building in consideration of the latter's agreement to pay him a stipulated sum.

*Clifton P. Williamson* and *Edward W. Bourne* for appellant.

*Arthur Ofner* and *William H. Freedman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

CATHERINE MELONSON, Respondent, *v.* GRACE DOLAN, Appellant.

*Equity — real property — title — action to establish ownership of undivided half interest in real property.*

*Melonson* v. *Dolan*, 214 App. Div. 821, affirmed.

(Argued December 11, 1925; decided January 12, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 20, 1925, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to establish ownership in the plaintiff of an undivided one-half interest in certain real property. It was alleged that plaintiff contributed one-half the consideration upon the purchase of said property by her sister, with whom she was at the time living, and that she learned for the first time after her sister's death that title to the premises had been taken solely in the sister's name.

*Noah A. Stancliffe* and *Edward J. Crowe* for appellant.
*William R. Murphy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.